# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL S. BROWN,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT, COUNTY OF LOS ANGELES,<br><br>    Respondent. | No. CV 10-7632-JSL (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) directing that the Petition be dismissed as moot; and (2) denying Respondent's motion to dismiss as moot.

DATED: July 7, 2011

                                                                     J. SPENCER LETTS<br>
                                                   UNITED STATES DISTRICT JUDGE