# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL S. BROWN,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT, COUNTY OF LOS ANGELES,<br><br>    Respondent. | No. CV 10-7632-JSL (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that (1) the Petition be dismissed as moot; and (2) denying Respondent's motion to dismiss as moot.

DATED: July 7, 2011

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE